UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARLAINA KOLLER-GURGIGNO,
        Plaintiff,

v.

THE CITY OF YONKERS; POLICE OFFICER
VINCENT GURGIGNO, JR. (#314),
SERGEANT JAMES McGOVERN (#103),
POLICE OFFICER PATRICK SALIERNO
(#987); LIEUTENANT FOLEY; POLICE
OFFICER JOHN DOE; and POLICE OFFICER
JANE DOE,
        Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 98 (VB)

    The Court conducted a status conference today, at which counsel for all parties appeared by telephone, and at which defense counsel requested a pre-motion conference regarding his clients' anticipated motion for summary judgment.

    Accordingly, it is HEREBY ORDERED:

    1. The Court will hold a pre-motion conference on May 28, 2020, at 2:00 p.m. Counsel shall attend the pre-motion conference by calling the following number and entering the access code when requested:

**Dial-In Number:**    (888) 363-4749 (toll free) or (215) 446-3662

**Access Code:**    1703567

    2. By May 6, 2020, in accordance with Paragraph 2.B.ii of the Court's Individual Practices, defendants shall file a letter setting forth the basis for their anticipated motion.

    3. By May 20, 2020, in accordance with Paragraph 2.B.ii of the Court's Individual Practices, plaintiff shall respond to defendants' pre-motion conference letter.

Dated: April 22, 2020
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge