UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARLAINA KOLLER-GURGIGNO,          :
               Plaintiff,          :
                              :          **ORDER**
v.          :
                              :          18 CV 98 (VB)
THE CITY OF YONKERS; POLICE OFFICER   :
VINCENT GURGIGNO, JR.; SERGEANT       :
JAMES MCGOVERN; POLICE OFFICER        :
PATRICK SALIERNO; and LIEUTENANT      :
JEREMIAH FOLEY;                       :
               Defendants.          :
------------------------------------------------------------x

       The Court conducted an on-the-record pre-motion conference today, at which counsel for plaintiff and defendants appeared by telephone.

       Accordingly, it is HEREBY ORDERED:

1.   By June 29, 2020, the parties shall submit a joint letter regarding the status of settlement.

2.   Defendants' motion for summary judgment is due July 29, 2020.

3.   Plaintiff's opposition is due August 28, 2020.

4.   Defendants' reply, if any, is due September 18, 2020.

Dated: May 28, 2020
      White Plains, NY

                      SO ORDERED:

                      _____
                      Vincent L. Briccetti
                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/2020